No. 80–616. McGovern et al. *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 80–617. Stemple *v.* Board of Education of Prince George's County et al. C. A. 4th Cir. Certiorari denied.

No. 80–631. Hospital Central Services Assn. *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 80–673. Taylor *v.* Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 80–693. Siffrin Residential Association for the Developmentally Disabled of Stark County, Inc., et al. *v.* Garcia et ux. Sup. Ct. Ohio. Certiorari denied.

No. 80–698. Newspaper Printing Corp. *v.* National Labor Relations Board et al. C. A. 10th Cir. Certiorari denied.

No. 80–715. United Gas Pipe Line Co. *v.* Federal Energy Regulatory Commission et al. C. A. 5th Cir. Certiorari denied.

No. 80–716. Lone Star Steel Co. *v.* National Labor Relations Board et al.; and

No. 80–940. National Labor Relations Board *v.* Lone Star Steel Co. et al. C. A. 10th Cir. Certiorari denied. Reported below: 639 F. 2d 545.

No. 80–722. Canadian Mountain Holidays, Ltd. *v.* Superior Court of California, County of Alameda (Buist, Real Party in Interest). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 80–728. Coletti *v.* United States. C. A. 2d Cir. Certiorari denied.